# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eva Cornell, | NO. CV-21-00835-PHX-DWL |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Desert Financial Credit Union, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 8, 2025, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

September 30, 2025

By  s/ Sara L. Quinones
Deputy Clerk